≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/28/08 |
| NAME OF SERVER (PRINT) EDWARD F. KEEVAN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   ELENA SAFONOVA (BARTENDER)

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/28/08
               Date

Signature of Server

375 CEDAR LANE
TEANECK NJ 07666
Address of Server

STATE OF NEW YORK ) SS
COUNTY OF NASSAU

SUBSCRIBED TO AND SWORN BEFORE ME ON THIS 28TH DAY OF MARCH, 2008

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.

DEBRA KEEVAN
Notary Public, State of New York
No. 01KE6002861
Qualified in Nassau County
Commission Expires: 2/17/2010