SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, by her Guardian Ad Litem, Carlos Zelaya, and Carlos Zelaya as Administrator Ad Prosquendum of the Estate of Jose Carlo Zelaya, Plaintiff,

-against-

Madison Square Garden L.P., Cablevision Systems Corp., Stitch Bar & Lounge Inc., & Kevin Freibott, Defendant.

08 cv 2933 (LM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Luis L. Haquia, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Samuel L. Davis
Firm Name: Davis, Saperstein & Salomon P.C.
Address: 110 E. 55th Street, 12th Floor
City/State/Zip: New York, NY 10022
Phone Number: 201-907-5000
Fax Number: 201-692-0044

Samuel L. Davis is a member in good standing of the Bar of the States of New Jersey & Washington D.C.

There are no pending disciplinary proceeding against Samuel L. Davis in any State or Federal court.

Dated: March 19, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar LH8685
Firm Name: Davis, Saperstein & Salomon, P.C.
Address: 110 E. 55th Street, 12th Floor
City/State/Zip: New York, NY 10022
Phone Number: 201-907-5000
Fax Number: 201-692-0044

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, by her
Guardian Ad Litem Carlos Zelaya &
Carlos Zelaya as Administrator Plaintiff,
Ad Prosequendum of the Estate of
Jose Carlo Zelaya
 - against -
Madison Square Garden L.P., Cable
vision Systems Corpo., Stitch Defendant.
Bar & Lounge and Kevin Freibott

08 cv 2933(LM)

AFFIDAVIT OF

IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                     )  ss:
County of New York   )

Luis L. Haquia, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Davis, Saperstein counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit _____ as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the **State of New York**, and was admitted to practice law in 10/5/1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Samuel L. Davis since August 1996.

4. Mr. Davis is a Partner at Davis, Saperstein & Salomon P.C.

5. I I have found Mr. Davis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Davis, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Davis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Samuel L. Davis, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: March 19, 2008
City, State: New York, NY
Notarized: [signature]

ALICE CAMPOS
Notary Public of New Jersey
My Commission Expires 2/7/200?

Respectfully submitted [signature]

Name of Movant:
SDNY Bar Code:

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SAMUEL L DAVIS** (No. **020271977**) was constituted and appointed an Attorney at Law of New Jersey on **December 08, 1977** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **March**, 20 **08**

Clerk of the Supreme Court

-453a-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, Plaintiff, by her Guardian Ad Litem Carlos Zelaya, and Carlos Zelaya as the Administrator Ad Prosequendum of the Estate of Jose Carlo Zelaya against-

Madison Square Garden L.P., Defendant.
Cablevision Systems Corporation,
Stitch Bar & Lounge Inc., & Kevin Freibott

08 cv 2933 (LM)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Luis L. Haquia attorney for Carlos Zelaya, et als

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Samuel L. Davis

Firm Name: Davis, Saperstein & Salomon P.C.

Address: 110 E. 55th Street, 12th Floor
City/State/Zip: New York, NY 10022

Telephone/Fax: 201-907-5000 / 201-692-0044

Email Address: sam@dsslaw.com

is admitted to practice pro hac vice as counsel for Carlos Zelaya, et als in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 19, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

# AFFIDAVIT OF SERVICE

I, Luis L. Haquia, hereby certify that on April 10, 2008, I caused a true and correct copy of the foregoing Notice of Motion for Pro Hac Vice to be served upon counsel for Defendants, via the Court's ECF System and by first class mail addressed as follows:

Larry Lum, Esq.
Wilson, Elser, Moskowitz, Edleman & Dicker
150 East 42nd Street
New York, NY 10017
*Attorneys for Madison Square Garden L.P. & Cablevision Systems Corp.*

Stitch Bar & Lounge
247 W. 37th Street
New York, NY 10018

Kevin Freibott SBI No. 170 130 (c)
c/o Mid State Correctional Facility
Range Road
Wrightstown, NJ 08562

Dated:    New York, New York
          April 10, 2008