SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, Plaintiff, by her Guardian Ad Litem Carlos Zelaya, and Carlos Zelaya as the Administrator Ad Prosequendum of the Estate of Jose Carlo Zelaya

-against-

Madison Square Garden L.P., Cablevision Systems Corporation, Stitch Bar & Lounge Inc., & Kevin Freibott, Defendant.

08 cv 2933 (LM)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Luis L. Haquia attorney for Carlos Zelaya, et als

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Samuel L. Davis |
| Firm Name: | Davis, Saperstein & Salomon P.C. |
| Address: | 110 E. 55th Street, 12th Floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | 201-907-5000 / 201-692-0044 |
| Email Address: | sam@dsslaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

is admitted to practice pro hac vice as counsel for Carlos Zelaya, et als in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 19, 2008
City, State: New York, NY

X _____ 4/16/08
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006

## AFFIDAVIT OF SERVICE

I, Luis L. Haqvin, hereby certify that on April 10, 2008, I caused a true and correct copy of the foregoing Notice of Motion for Pro Hac Vice to be served upon counsel for Defendants, via the Court's ECF System and by first class mail addressed as follows:

Larry Lum, Esq.
Wilson, Elser, Moskowitz, Edleman & Dicker
150 East 42nd Street
New York, NY 10017
*Attorneys for Madison Square Garden L.P. & Cablevision Systems Corp.*

Stitch Bar & Lounge
247 W. 37th Street
New York, NY 10018

Kevin Freibott SBI No. 170 130 (c)
c/o Mid State Correctional Facility
Range Road
Wrightstown, NJ 08562

Dated:   New York, New York
         April 10, 2008