IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ZELAYA, RUTH ZELAYA, BY HER GUARDIAN AD LITEM CARLOS ZELAYA, AND CARLOS ZELAYA AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JOSE CARLO ZELAYA : : : : : Plaintiff : vs. : : MADISON SQUARE GARDEN, L.P., : CABLEVISION SYSTEMS CORP., STITCH BAR & LOUNGE, INC., & KEVIN : FREIBOTT : : Defendants : | Civil Action<br><br>Case No. 08CV2933<br><br><br>WAIVER OF SERVICE OF SUMMONS |

TO:    Luis L. Haquia, Esq.
       Davis, Saperstein & Salomon
       375 Cedar Lane
       Teaneck, NJ 07666

   I acknowledge receipt of your request that I waive service of a summons in the action of *Zelaya, et als v. Madison Square Garden L.P., et als* which is case number 08cv2933 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.
   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court expect for objections based on a defect in the summons or in the service of the summons.
   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 4, 2001, or within 90 days after that date if the request was sent outside the United States.

Dated:  4-15-08                              *Melanie Gardina*

Printed/typed name: Melanie Gardina
                   Claims Adjuster
                   Progressive Insurance on
                   Behalf of Defendant, Kevin Freibott