UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CARLOS ZELAYA, RUTH ZELAYA, by her Guardian
Ad Litem Carlos Zelaya, and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the Estate of JOSE
CARLO ZELAYA, deceased,

                                                  Plaintiffs

   - against -

MADISON SQUARE GARDEN, L.P., CABLEVISION
SYSTEMS CORPORATION, STITCH BAR & LOUNGE,
INC. and KEVIN FREIBOTT,

                                                  Defendants
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

Civil Action
No.: 08 CV 2933-LMM

**STIPULATION + ORDER**

    **IT IS HEREBY STIPULATED** and agreed that the time for the defendants MADISON SQUARE GARDEN, L.P., and CABLEVISION SYSTEMS CORPORATION, in the above captioned action, to appear, answer, or otherwise move, with respect to Plaintiffs' Complaint, filed and served on March 20, 2008, be and the same hereby is extended up to, and including June 1, 2008.

    There has been no prior request by defendants MADISON SQUARE GARDEN, L.P. and CABLEVISION SYSTEMS CORPORATION, for an extension of time to answer.

Dated: New York, New York
         March 20, 2008

_____
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendants MADISON
SQUARE GARDEN, L.P. and
CABLEVISION SYSTEMS CORPORATION,
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No. 00873.02390

_____
DAVIS SAPERSTEIN & SALOMAN, P.C
Attorneys for Plaintiffs
110 East 55th Street, 12 Floor
New York, New York
(201) 907-5000

SO ORDERED, _____ 4/24/08
                Judge McKenna, U.S.D.C.

3169080.1