UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CARLOS ZELAYA, RUTH ZELAYA
By her Guardian Ad Litem Carlos Zelaya,
And CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

Case No.:
08 CV 2933 (LMM)

RULE 7.1 STATEMENT

       Plaintiff,

 -against-

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS CORPORATION,
STITCH BAR & LOUNGE, INC. and
KEVIN FREIBOTT,

       Defendants.
----------------------------------------------------------X

Pursuant to RULE 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, 247 West 37th Street, LLC. i/s/a Stitch Bar & Lounge, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is privately held:

       **None.**

Dated: New York, New York
    May 16, 2008

            Respectfully submitted,

            ABRAMS, GORELICK, FRIEDMAN &
            JACOBSON, P.C.
            Attorneys for Defendant

247 West 37th Street, LLC. i/s/h/a Stitch Bar & Lounge, Inc

By: *[signature]*
Glenn A. Jacobson (GAJ-7170)
One Battery Park Plaza, 4th Floor
New York, New York 10004
(212) 422-1200

TO:  DAVIS, SAPERSTEIN & SOLOMON, P.C.
Attorneys for Plaintiffs
110 East 55th Street, 12th Floor
New York, New York 10022
(201) 907-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARLOS ZELAYA, RUTH ZELAYA
By her Guardian Ad Litem Carlos Zelaya,
And CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

Case No.:
08 CV 2933 (LMM)

                      Plaintiff,

   -against-

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS CORPORATION,
STITCH BAR & LOUNGE, INC. and
KEVIN FREIBOTT,

                      Defendants.

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, the foregoing 7.1 Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

    DAVIS, SAPERSTEIN & SOLOMON, P.C.
    Attorneys for Plaintiffs
    110 East 55th Street, 12th Floor
    New York, New York  10022
    (201) 907-5000

**NO OTHER PARTIES HAVE APPEARED**

                      ABRAMS, GORELICK, FRIEDMAN &
                      JACOBSON, P.C.
                      Attorneys for Defendant
                      247 West 37th Street, LLC. i/s/h/a Stitch Bar &
                      Lounge, Inc

By: _____
Glenn A. Jacobson (GAJ-7170)
One Battery Park Plaza, 4th Floor
New York, New York  10004
(212) 422-1200