UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
CARLOS ZELAYA, et al.,                    :

    Plaintiff,                        :

  -against-                                :    CIVIL ACTION NO. 08 cv 2933 (LMM)

MADISON SQUARE GARDEN, L.P., et. al,      :    **NOTICE OF MOTION**

    Defendant.                        :
----------------------------------------- X

## MOTION BY DEFENDANT CABLEVISION SYSTEMS CORPORATION
## TO DISMISS COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Cablevision Systems Corporation ("Cablevision") moves to dismiss all claims against Cablevision with prejudice. As set forth more fully in the accompanying memorandum,

1. The complaint alleges that Cablevision and Madison Square Garden, L.P. are separate corporate entities.

2. The complaint fails to allege any affirmative action taken by Cablevision to hold it directly liable.

3. The complaint fails to allege any theory by which Cablevision can be held derivatively liable to plaintiffs.

4. Alternatively, Cablevision joins in defendant Madison Square Garden, L.P.'s motion to dismiss with prejudice the common law counts IV-VI and to dismiss with leave to replead count I of the complaint.

Defendant Cablevision is submitting herewith a memorandum of law in support of this motion.

June 2, 2008

                                      Respectfully submitted,

                                      /s/ Michael Sommer
                                      Michael S. Sommer
                                      MS-2727
                                      MCDERMOTT WILL & EMERY LLP
                                      340 Madison Avenue
                                      New York, NY 10173-1922
                                      T: 212.547.5400
                                      F: 212.547.5444

                                      Bobby R. Burchfield (*pro hac vice* pending)
                                      Richard W. Smith (*pro hac vice* pending)
                                      MCDERMOTT WILL & EMERY LLP
                                      600 Thirteenth Street, N.W.
                                      Washington, D.C. 20005-3096
                                      T: 202.756.8000
                                      F: 202.756.8087

                                      Attorneys for Defendant Cablevision
                                      Systems Corporation

WDC99 1572275-3.082528.0011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Carlos Zelaya, et. al,                :

        Plaintiff,            :
                                       08 Civ. 2933 (LMM)
   -against-                         :

Madison Square Garden, L.P. et. al,   :

        Defendant.

## ORDER REGARDING MOTION BY DEFENDANT
## CABLEVISION SYSTEMS CORPORATION TO DISMISS COMPLAINT

Pending before the Court is the Motion by Defendant Cablevision Systems Corporation ("Cablevision") to Dismiss Plaintiffs' Complaint. After consideration of the reasons in support thereof, and in opposition thereto, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant Cablevision's motion be and is hereby **GRANTED**, and the claims against Cablevision are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Cablevision shall be stricken from the docket.

                                                        _____
                                                        Judge Lawrence M. McKenna
                                                       United States District Court

## CERTIFICATE OF SERVICE

Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 2nd day of June, 2008, I caused the accompanying motion to be served electronically via the court's CM/ECF system as well as via United States First Class Mail.

_____
Robert Candella