UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Carlos Zelaya, et. al,                :

       Plaintiff,            :   INDEX NO. 08 cv 2933 (LMM)

  -against-                          :   **RULE 7.1 STATEMENT**

Madison Square Garden, L.P. et. al,   :

       Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 Cablevision Systems Corporation states that it is a publicly held corporation with no parent corporation whose common stock trades on the New York Stock Exchange under the symbol "CVC." The following publicly held corporations own 10% or more of the stock of Cablevision Systems Corporation: Legg Mason, Inc. (through Clear Bridge Advisors LLC and Smith Barney Fund Management LLC as a group); T. Rowe Price Group, Inc.

June 2, 2008

Respectfully submitted,

*/s/ Michael Sommer*
Michael S. Sommer
MS-2727
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5000
Facsimile: (212) 547-5400

Bobby R. Burchfield (*pro hac vice* pending)
Richard W. Smith (*pro hac vice* pending)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Defendant Cablevision Systems Corporation