UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Carlos Zelaya, et. al,                :

       Plaintiff,                  :   INDEX NO. 08 cv 2933 (LMM)

  -against-                          :   **RULE 7.1 STATEMENT**

Madison Square Garden, L.P. et. al,   :

       Defendant.

      Pursuant to Federal Rule of Civil Procedure 7.1, Madison Square Garden, L.P., states that it is a limited partnership. At all times, from January 1, 2007, to present, the general partner of Madison Square Garden, L.P. has been MSG Eden Corporation and its sole limited partner has been Regional MSG Holdings LLC. Neither of those entities are publicly held.

      MSG Eden Corporation is wholly owned by Rainbow Garden Corporation, a private corporation that is wholly owned by Regional Programming Partners. Regional MSG Holdings LLC is a private limited liability company whose sole member is Regional Programming Partners.

      Regional Programming Partners is a general partnership with two partners: Rainbow Regional Holdings LLC and Rainbow Media Holdings LLC. Rainbow Regional Holdings LLC is a private limited liability company with two members, RRH I, LLC and RRH II, LLC. Both are private limited liability companies with Rainbow Media Holdings LLC their sole member.

      Rainbow Media Holdings LLC is a private limited liability company whose sole member is the private corporation CSC Holdings, Inc. The sole stockholder of CSC Holdings, Inc. is Cablevision Systems Corporation, a publicly held corporation. The following publicly held corporations own 10% or more of the stock of Cablevision Systems Corporation: Legg Mason,

Inc. (through Clear Bridge Advisors LLC and Smith Barney Fund Management LLC as a group) and T. Rowe Price Group, Inc.

June 2, 2008

Respectfully submitted,

*Michael Sommer*

Michael S. Sommer
MS-2727
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5000
Facsimile: (212) 547-5400

Bobby R. Burchfield (*pro hac vice* pending)
Richard W. Smith (*pro hac vice* pending)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Defendant Madison Square Garden, L.P.