ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ZELAYA, RUTH ZELAYA, : x
by her Guardian Ad Litem Carlos Zelaya, :
and CARLOS ZELAYA, as the : 08-cv-2933 (LMM)
Administrator Ad Prosequendum of the :
Estate of JOSE CARLO ZELAYA, :
deceased, :
        Plaintiffs, : **MOTION TO ADMIT**
: **COUNSEL**
: **RICHARD W. SMITH**
v. : **PRO HAC VICE**
:
MADISON SQUARE GARDEN, L.P., :
CABLEVISION SYSTEMS :
CORPORATION, STITCH BAR & :
LOUNGE, INC., and KEVIN :
FREIBOTT, :
:
        Defendants. :
--------------------------------------------------- x

Pursuant to RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Sommer a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Richard W. Smith |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 Thirteenth Street, N.W. |
| City/State/Zip: | Washington D.C. 20005-3096 |
| Phone Number: | 202.756.8000 |
| Fax Number: | 202.756.8087 |

WDC99 1553553-1.009900.0021

Richard W. Smith is a member in good standing of the Bar of the District of Columbia and Georgia. There are no pending disciplinary proceedings against Richard W. Smith in any State or Federal Court.

Dated: June 2, 2008
      New York, NY

                                         Respectfully submitted,

                                         _____
                                         Michael S. Sommer
                                         MS-2727
                                         McDermott Will & Emery LLP
                                         340 Madison Avenue
                                         New York, NY 10173-1922
                                         212.547.5400
                                         212.547.5444

                                         Attorneys for Defendants
                                         Cablevision Systems Corp. and
                                         Madison Square Garden, LP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARLOS ZELAYA, RUTH ZELAYA,
by her Guardian Ad Litem Carlos Zelaya,
and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

              Plaintiffs,

v.

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS
CORPORATION, STITCH BAR &
LOUNGE, INC., and KEVIN
FREIBOTT,

              Defendants.

---------------------------------------------------------------x

08-cv-2933 (LMM)

**AFFIDAVIT OF MICHAEL S. SOMMER IN SUPPORT OF MOTION TO ADMIT COUNSEL RICHARD W. SMITH PRO HAC VICE**

State of New York  )
                         ) ss:
County of New York  )

Michael S. Sommer, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at McDermott Will & Emery LLP, counsel for Defendants Madison Square Garden LP and Cablevision Systems Corporation (collectively, "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Richard W. Smith as counsel pro hac vice to represent Defendants this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known of Richard W. Smith since he joined the firm in 2004.

4.     Mr. Smith is a partner in McDermott Will & Emery's Washington, D.C. office.

5.  I have found Mr. Smith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar the Federal Rules and Procedure.

6.  Accordingly, I am pleased to move the admission of Richard W. Smith, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Richard W. Smith, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Richard W. Smith, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: June 2, 2008
       New York, N.Y.

Respectfully submitted,

_____
Michael S. Sommer (MS-2727)

Sworn to before me this
___ day of June 2008

_____
Notary Public

**DONALD RICHARD PUGLIESE**
Notary Public, State of New York
No. 0[illegible]057
Qualified in Suffolk County
Commission Expires April 9, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x

CARLOS ZELAYA, RUTH ZELAYA, :
by her Guardian Ad Litem Carlos Zelaya, :
and CARLOS ZELAYA, as the : 08-cv-2933 (LMM)
Administrator Ad Prosequendum of the :
Estate of JOSE CARLO ZELAYA, :
deceased, :
: **ORDER FOR ADMISSION OF**
: **RICHARD W. SMITH**
: **PRO HAC VICE**
Plaintiffs, : **ON WRITTEN MOTION**
:
v. :
:
MADISON SQUARE GARDEN, L.P., :
CABLEVISION SYSTEMS :
CORPORATION, STITCH BAR & :
LOUNGE, INC., and KEVIN :
FREIBOTT, :
:
Defendants. :
―――――――――――――――――――――――――――x

Upon the motion of Michael S. Sommer, attorney for Defendants Madison Square Garden LP and Cablevision Systems Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard W. Smith |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 Thirteenth Street, N.W. |
| City/State/Zip: | Washington D.C. 20005-3096 |
| Phone/Fax: | 202.756.8000 / 202.756.8087 |
| Email Address: | RWSmith@mwe.com |

Is admitted to practice pro hac vice as counsel for Defendants Madison Square Garden LP and Cablevision Systems Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 2, 2008
       New York, NY

―――――――――――――――――――
United States District/Magistrate Judge

WDC99 1553561-1.009900.0021



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### RICHARD W. SMITH

was on the __10TH__ day of __DECEMBER, 1999__ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Richard Wettersten Smith
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005

| | |
|---|---|
| **CURRENT STATUS:** | Inactive Member-Good Standing |
| **DATE OF ADMISSION:** | 05/03/1999 |
| **BAR NUMBER:** | 662690 |
| **TODAY'S DATE:** | May 30, 2008 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court.  Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

## CERTIFICATE OF SERVICE

Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 2nd day of June, 2008, I caused the accompanying motion for pro hac vice to be served via United States First Class Mail upon all parties herein.

Robert Candella