UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARLOS ZELAYA, RUTH ZELAYA,
by her Guardian Ad Litem Carlos Zelaya,
and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

        Plaintiffs,

v.

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS
CORPORATION, STITCH BAR &
LOUNGE, INC., and KEVIN
FREIBOTT,

        Defendants.

---------------------------------------------------------------x

08-cv-2933 (LMM)

**MOTION TO ADMIT
COUNSEL
BOBBY R. BURCHFIELD
PRO HAC VICE**

Pursuant to RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Sommer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Bobby R. Burchfield |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 Thirteenth Street, N.W. |
| City/State/Zip: | Washington D.C. 20005-3096 |
| Phone Number: | 202.756.8000 |
| Fax Number: | 202.756.8087 |

WDC99 1553545-1.009900.0021

Bobby R. Burchfield is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Bobby R. Burchfield in any State or Federal Court.

Dated: June 2, 2008
      New York, NY

                                            Respectfully submitted,

                                            _____
                                            Michael S. Sommer (MS-2727)
                                            McDermott Will & Emery LLP
                                            340 Madison Avenue
                                            New York, NY 10173-1922
                                            212.547.5400
                                            212.547.5444

                                            Attorneys for Defendants
                                            Cablevision Systems Corp. and
                                            Madison Square Garden, LP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARLOS ZELAYA, RUTH ZELAYA,
by her Guardian Ad Litem Carlos Zelaya,
and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

             Plaintiffs,

v.

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS
CORPORATION, STITCH BAR &
LOUNGE, INC., and KEVIN
FREIBOTT,

             Defendants.

---------------------------------------------------------------x

08-cv-2933 (LMM)

**AFFIDAVIT OF
MICHAEL S. SOMMER
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
BOBBY R. BURCHFIELD
PRO HAC VICE**

State of New York   )
                     ) ss:
County of New York  )

Michael S. Sommer, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at McDermott Will & Emery LLP, counsel for Defendants Madison Square Garden LP and Cablevision Systems Corporation (collectively, "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Bobby R. Burchfield as counsel pro hac vice to represent Defendants this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known of Bobby R. Burchfield since he joined the firm in 2004.

4.     Mr. Burchfield is a partner in McDermott Will & Emery's Washington, D.C. office.

5.  I have found Mr. Burchfield to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar the Federal Rules and Procedure.

6.  Accordingly, I am pleased to move the admission of Bobby R. Burchfield, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Bobby R. Burchfield, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Bobby R. Burchfield, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: June 2, 2008
       New York, N.Y.

Respectfully submitted,

_____
Michael S. Sommer (MS-2727)

Sworn to before me this
___2nd___ day of June 2008

_____
Notary Public

DONALD RICHARD PUGLIESE
Notary Public, State of New York
No. 02PU6057057
Qualified in Suffolk County
Commission Expires April 9, 20__11__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ZELAYA, RUTH ZELAYA,
by her Guardian Ad Litem Carlos Zelaya,
and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

       Plaintiffs,

v.

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS
CORPORATION, STITCH BAR &
LOUNGE, INC., and KEVIN
FREIBOTT,

       Defendants.

08-cv-2933 (LMM)

**ORDER FOR ADMISSION OF
BOBBY R. BURCHFIELD
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Michael S. Sommer, attorney for Defendants Madison Square Garden LP and Cablevision Systems Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bobby R. Burchfield |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 Thirteenth Street, N.W. |
| City/State/Zip: | Washington D.C. 20005-3096 |
| Phone/Fax: | 202.756.8000 / 202.756.8087 |
| Email Address: | BBurchfield@mwe.com |

Is admitted to practice pro hac vice as counsel for Defendants Madison Square Garden LP and Cablevision Systems Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 2, 2008
      New York, NY

                                                                                    _____
                                                                                     United States District/Magistrate Judge



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BOBBY R. BURCHFIELD**

was on the 21ST day of MARCH, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 2nd day of June, 2008, I caused the accompanying motion for pro hac vice to be served via United States First Class Mail upon all parties herein.

Robert Candella