UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ZELAYA, RUTH ZELAYA,
by her Guardian Ad Litem Carlos Zelaya,
and CARLOS ZELAYA, as the
Administrator Ad Prosequendum of the
Estate of JOSE CARLO ZELAYA,
deceased,

   Plaintiffs,

v.

MADISON SQUARE GARDEN, L.P.,
CABLEVISION SYSTEMS
CORPORATION, STITCH BAR &
LOUNGE, INC., and KEVIN
FREIBOTT,

   Defendants.

08-cv-2933 (LMM)

**ORDER FOR ADMISSION OF
BOBBY R. BURCHFIELD
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

---

Upon the motion of Michael S. Sommer, attorney for Defendants Madison Square Garden LP and Cablevision Systems Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bobby R. Burchfield |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 Thirteenth Street, N.W. |
| City/State/Zip: | Washington D.C. 20005-3096 |
| Phone/Fax: | 202.756.8000 / 202.756.8087 |
| Email Address: | BBurchfield@mwe.com |

Is admitted to practice pro hac vice as counsel for Defendants Madison Square Garden LP and Cablevision Systems Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 2, 2008
   New York, NY



         6/6/08
United States District ~~Magistrate Judge~~

WDC99 1553559-1.009900.0021



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BOBBY R. BURCHFIELD

was on the  21ST  day of  MARCH, 1980

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 2nd day of June, 2008, I caused the accompanying motion for pro hac vice to be served via United States First Class Mail upon all parties herein.

*[signature]*

Robert Candella