SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, by her
Guardian Ad Litem, Carlos
Zelaya, and Carlos Zelaya as         Plaintiff,
Administrator Ad Prosquendum of the
Estate of Jose Carlo Zelaya

-against-

Madison Square Garden     Defendant.
L.P., Cablevision Systems Corp.,
Stitch Bar & Lounge Inc., & Kevin
Freibott

08 cv 2933 (LM)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Luis L. Haquia a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Gregory J. Gorski, Esq.
Firm Name: Davis, Saperstein & Salomon P.C.
Address: 110 E. 55th Street, 12th Floor
City/State/Zip: New York, NY 10022
Phone Number: 201-907-5000
Fax Number: 201-692-0044

Gregory J. Gorski is a member in good standing of the Bar of the States of New Jersey & Pennsylvania

There are no pending disciplinary proceeding against Gregory J. Gorski in any State or Federal court.

Dated: June 6, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar LH8685
Firm Name: Davis, Saperstein & Salomon, P.C.
Address: 110 E. 55th Street, 12th Floor
City/State/Zip: New York, NY 10022
Phone Number: 201-907-5000
Fax Number: 201-692-0044

SDNY Form Web 10/2006

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **GREGORY J GORSKI** (No. **021762003**) was constituted and appointed an Attorney at Law of New Jersey on **November 25, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2ND** day of **June**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, by her Guardian Ad Litem Carlos Zelaya & Carlos Zelaya as Administrator Ad Prosequendum of the Estate of Jose Carlo Zelaya
Plaintiff,
- against -
Madison Square Garden L.P., Cablevision Systems Corpo., Stitch Bar & Lounge and Kevin Freibott
Defendant.

08 cv 2933 (LM)

AFFIDAVIT OF

IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                     )  ss:
County of New York   )

Luis L. Haquia, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Davis, Saperstein Counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gregory J. Gorski as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 10/5/1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Gregory J. Gorski since November 2005.

4. Mr. Gorski is an associate at Davis, Saperstein & Salomon P.C.

5. I I have found Mr. Gorski to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Gorski, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Gorski, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gregory J. Gorski, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: June 6, 2008
City, State: New York, NY
Notarized:

ALICE CAMPOS
A Notary Public of New Jersey
My Commission Expires 2/27/2013

Respectfully submitted.

Name of Movant:
SDNY Bar Code: LH8685

## AFFIDAVIT OF SERVICE

I, Luis Haquia , hereby certify that on June 6, 2008, I caused a true and correct copy of the foregoing Notice of Motion for Pro Hac Vice to be served upon counsel for Defendants, via the Court's ECF System and by first class mail addressed as follows:

Bobby R. Burchfield, Esq.
McDermott, Will & Emery
600 Thirteenth Street, N.W.
Washington, D.C. 20005
*Attorneys for Madison Square Garden L.P. & Cablevision Systems Corp.*

Diana DeVita, Esq.
Morris, Duffy, Alonso & Faley
2 Rector Street, 22nd Floor
New York, NY 10006
*Attorneys for Kevin Freibott*

Glenn Jacobson, Esq.
Abrams, Gorelick, Friedman & Jacobson PC
One Battery Park Plaza, 4th Floor
New York, NY 10004
*Attorneys for Stitch Bar & Lounge Inc.*

Dated:   New York, New York
         June 6 , 2008

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, Plaintiff,
by her Guardian Ad Litem Carlos
Zelaya, and Carlos Zelaya as the
Administrator Ad Prosequendum of       08    cv 2933    ( LM )
the Estate of against - Jose Carlo Zelaya

Madison Square Garden L.P., Defendant.   ORDER FOR ADMISSION
Cablevision Systems Corporation,            PRO HAC VICE
Stitch Bar & Lounge Inc., & Kevin Freibott  ON WRITTEN MOTION

Upon the motion of Luis L. Haquia   attorney for Carlos Zelaya, et als

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Gregory J. Gorski

   Firm Name:          Davis, Saperstein & Salomon P.C.

   Address:            110 E. 55th Street, 12th Floor
   City/State/Zip:     New York, NY 10022

   Telephone/Fax:      201-907-5000 / 201-692-0044

   Email Address:      gregoryg@dsslaw.com

is admitted to practice pro hac vice as counsel for Carlos Zelaya, et als   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 6, 2008
City, State: New York, NY

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006