SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Zelaya, Ruth Zelaya, Plaintiff, by her Guardian Ad Litem Carlos Zelaya, and Carlos Zelaya as the Administrator Ad Prosequendum of the Estate of Jose Carlo Zelaya against

Madison Square Garden L.P., Defendant. Cablevision Systems Corporation, Stitch Bar & Lounge Inc., & Kevin Freibott

08 cv 2933 (LMM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Luis L. Haquia attorney for Carlos Zelaya, et als

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory J. Gorski |
| Firm Name: | Davis, Saperstein & Salomon P.C. |
| Address: | 110 E. 55th Street, 12th Floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | 201-907-5000 / 201-692-0044 |
| Email Address: | gregoryg@dsslaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

is admitted to practice pro hac vice as counsel for Carlos Zelaya, et als in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 12, 2008
City, State: New York, NY

~~United States District/Magistrate Judge~~
U.S.D.J.

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006