UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Carlos Zelaya, et. al,                :

        Plaintiff,            :

    -against-                        :   INDEX NO. 08 cv 2933 (LMM)

Madison Square Garden, L.P. et. al,   :   **CASE MANAGEMENT ORDER**

        Defendant.            :

## JOINT STIPULATION OF CASE MANAGEMENT SCHEDULING ORDER

The parties agree that the following schedule shall be followed:

| | |
|---|---|
| July 14, 2008 | Rule 26(a) Initial Disclosures |
| July 14, 2008 | Initial exchange of documents |
| July 28, 2008 | Service of initial interrogatories and requests for production of documents |
| August 28, 2008 | Responses to initial interrogatories and requests for production of documents; or 30 days from date of service if served earlier than July 28, 2008. |
| December 1, 2008 | Last date to add new parties |
| March 16, 2009 | Fact discovery completed |
| March 30, 2009 | Deadline for plaintiffs' expert reports to be submitted |
| May 18, 2009 | Deadline for defendants' expert reports to be submitted. Expert deposition discovery to begin. |
| June 29, 2009 | Conclusion of expert discovery |
| July 27, 2009 | Last date to file dispositive motions |

July 1, 2008

s/ with consent of Gregory Gorski
Gregory Gorski
Davis, Saperstein & Salomon, P.C.
110 East 55th Street, 12th Floor
New York, NY 10022
(201) 907-5000

Attorneys for plaintiffs


s/ with consent of Glenn Jacobson
Glenn Jacobson
Abrams, Gorelick, Friedman & Jacobson P.C.
One Battery Park Plaza, 4th Floor
New York, NY 10004
(212) 422-1200

Attorney for Defendant 247 West 37th St, LLC, i/s/a Stitch Bar & Lounge, Inc.

Respectfully submitted,

s/ Michael S. Sommer
Michael S. Sommer
MS-2727
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY  10173-1922
Telephone:  (212) 547-5000
Facsimile:  (212) 547-5400

Bobby R. Burchfield (*pro hac vice*)
Richard W. Smith (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Defendant Cablevision Systems Corporation and Madison Square Garden L.P.


s/ with consent of Diane L. Devita
Diane L. Devita
Morris Duffy Alfonso & Faley
2 Rector Street - 22nd Floor
New York, NY 100006
(212) 766-1888

Attorneys for Defendant Kevin Freibott


**SO ORDERED:**

_____

Judge Lawrence M. McKenna

July ___ , 2008.

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, July 1, 2008, I served the accompanying Case Management Order upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
    July 1, 2008

_____
Amelia J. Crowley