UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CARLOS ZELAYA, et al.,              :
                                    :
            Plaintiffs,             :
                                    :
    -against-                       :
                                    :   INDEX NO. 08 cv 2933 (LMM)
MADISON SQUARE GARDEN L.P., et al., :
                                    :   **STIPULATION AND ORDER**
            Defendants.             :
                                    :
                                    :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08

### JOINT STIPULATION DISMISSING CABLEVISION SYSTEMS CORPORATION AS A PARTY TO THIS ACTION

**IT IS HEREBY STIPULATED** and agreed that the plaintiffs' complaint is

**DISMISSED** with prejudice as to Cablevision Systems Corporation. The parties **FURTHER**

**AGREE** that Cablevision Systems Corporation shall be stricken from the docket.

_____
Bobby R. Burchfield
Richard W. Smith
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
T: 202.756.8000
F: 202.756.8087

Attorneys for Defendant Cablevision
Systems Corporation

_____
Samuel L. Davis
DAVIS SAPERSTEIN & SALOMON P.C.
110 East 55th St, 12th Floor
New York, New York
T: 201.907.5000
F: 201.692.0044

Attorneys for Plaintiffs

SO ORDERED: _____   7/29/06
            Judge Lawrence M. McKenna
            United States District Court