IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ZELAYA, ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>MADISON SQUARE GARDEN, L.P., ET AL.,<br><br>　　　　　　　　　Defendants. | Civil Action<br><br>Case No. 08CV2933 (LMM)<br><br>DEFENDANT MADISON SQUARE GARDEN, L.P.'S ANSWER TO CROSS-CLAIMS OF DEFENDANT 247 WEST 37TH STREET, LLC I/S/H/A STITCH BAR & LOUNGE, INC.<br><br>JURY TRIAL DEMANDED |

Defendant Madison Square Garden, L.P. ("MSG"), hereby answers the cross-claims of Defendant 247 West 37th Street, LLC i/s/h/a Stitch Bar & Lounge, Inc. ("Defendant Stitch") as follows:

109.　MSG denies the allegations in paragraph 109 of Defendant Stitch's cross-claims.

110.　MSG denies the allegations in paragraph 110 of Defendant Stitch's cross-claims.

111.　MSG denies the allegations in paragraph 111 of Defendant Stitch's cross-claims.

AD DAMNUM: MSG denies that Defendant Stitch is entitled to any relief from MSG.

### AFFIRMATIVE DEFENSES

Defendant MSG asserts the following affirmative defenses to each and every cause of action averred by Defendant Stitch:

### FIRST AFFIRMATIVE DEFENSE

The cross-claims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The cross-claims are barred by the applicable statute of limitations and the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries upon which Defendant Stitch's cross-claims rest, in whole, or in part, were the result of the negligence of third parties over whom MSG had no control.

### FOURTH AFFIRMATIVE DEFENSE

The negligent acts or omissions of individuals or entities other than MSG constituted intervening, superseding acts of negligence.

### FIFTH AFFIRMATIVE DEFENSE

MSG's conduct was not a substantial factor in causing Plaintiffs' damages, if any.

### SIXTH AFFIRMATIVE DEFENSE

Cross-claimants have failed to join necessary and/or indispensable parties to this action.

### PRAYER FOR RELIEF

WHEREFORE, Defendant MSG requests that the Court dismiss Defendant Stitch's cross-claims against MSG with prejudice, award MSG costs and attorneys' fees, and grant such further relief in favor of Defendant MSG as it deems proper.

Respectfully Submitted,

*Richard W Smith / NSK*

Michael Sommer (MS – 2727)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
212.547.5444

Bobby R. Burchfield (pro hac vice)
Richard W. Smith (pro hac vice)
MCDERMOTT WILL & EMERY LLP
600 13th St, NW
Washington, DC 20005
202.756.8000

Dated: September 2, 2008

- 2 -

WDC99 1597262-3.082528.0011

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2008, I caused a true copy of the foregoing Defendant Madison Square Garden, L.P.'s Answer To Cross-Claims Of Defendant 247 West 37th Street, LLC i/s/h/a Stitch Bar & Lounge, Inc., to be served via U.S. Mail, postage prepaid on the following persons:

>Glenn Jacobson, Esq.
>Abrams, Gorelick, Friedman & Jacobson
>One Battery Park Plaza, 4th Floor
>New York, NY 10004
>*Attorneys for 247 W. 37th Street, LLC i/s/h/a Stitch Bar & Lounge Inc.*
>
>Diana DeVita, Esq.
>Morris, Duffy, Alonso & Faley
>2 Rector Street, 22nd Floor
>New York, NY 10006
>*Attorneys for Kevin Freibott & Progressive Insurance*
>
>Samuel L. Davis, Esq.
>Davis, Saperstein & Salomon, P.C.
>375 Cedar Lane
>Teaneck, NJ 07666
>*Attorney for Plaintiffs Carlos Zelaya, et al.*

>    _____
>    Nathanael Kelley