USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CARLOS ZELAYA, et al.,            :

               Plaintiffs,   :   08 Civ. 2933 (LMM)

     - against -              :   MEMORANDUM AND ORDER

MADISON SQUARE GARDEN, L.P. et al.,:

               Defendants.   :

------------------------------------x

McKENNA, D.J.,

     Plaintiffs and defendant Madison Square Garden, L.P. object to rulings by Magistrate Judge Peck on August 20, 2009. All of the objections are overruled and Judge Peck's rulings are affirmed. The objecting parties, respectively, have not shown that the objected to orders of Judge Peck are clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A).

SO ORDERED.

Dated: September 24, 2009

                                          Lawrence M. McKenna
                                              U.S.D.J.

COPIES MAILED TO COUNSEL   SEP 2 4 2009