LAW OFFICES OF
# DAVIS, SAPERSTEIN & SALOMON, P.C.

SAMUEL L. DAVIS •∆†
MARC C. SAPERSTEIN •
GARRY R. SALOMON •†
STEVEN BENVENISTI •∎†
PAUL A. GARFIELD •∎†

LEON L. HAQUIA •†
TERRENCE SMITH •∎
STEVEN H. COHEN •
PATRICIA Z. BOGUSLAWSKI •
ADAM LEDERMAN •○
KRISTINA C. IVTINDZIOSKI ••
RAYMOND S. CARROLL •∴
ANGELA CERVELLI BENNETT •

375 CEDAR LANE
TEANECK, NJ 07666-3433

FACSIMILE: (201) 692-0444
Email: lawinfo@dsslaw.com

(201) 907-5000

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

44 WALL STREET, 18TH FLOOR
NEW YORK, NY 10005
(212) 608-1917

CERTIFIED CIVIL TRIAL ATTY †
PENNSYLVANIA BAR ∎
CONNECTICUT BAR ♦
NEW JERSEY BAR •
NEW YORK BAR ∴
GEORGIA BAR
D.C. BAR ○

OF COUNSEL

RACHAEL NASS •

**MEMO ENDORSED**

March 25, 2010

The Honorable Lawrence J. McKenna
United State District Court
Southern District of New York
500 Pearl Street, Chambers 1640
New York, NY 10007

REPLY TO TEANECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2010

RE: *Carlos Zelaya, et als v. Madison Square Garden, et als*
Case No. 08-cv-2933

Dear Judge McKenna:

I regret to inform the Court that Plaintiff Ruth Posas Zelaya died on March 24, 2010 of complications from her January 23, 2007 motor vehicle accident. We ask the Court's guidance as to how best to amend Plaintiffs' Complaint to substitute the estate and to add causes of action for survivorship and wrongful death.

We are prepared to file a formal motion or to propose a consent order with attached pleading subject to the Court's discretion.

Thank you for your consideration

Respectfully submitted,
DAVIS, SAPERSTEIN & SALOMON, P.C.

Terrence Smith
For the Firm

Cc: All counsel on attached list

*Plaintiff's representatives, when appointed, should proceed with a motion or consent order, as suggested. So ordered.*

*[signature]* 3/29/10
(LMM)

RECEIVED
IN CHAMBERS

MAR 26 2010

LAWRENCE M. McKENNA
USDJ    SDNY

NEW JERSEY • NEW YORK

# COUNSEL LIST

### ZELAYA V. MSG, ET. AL.
### SDNY
### CIVIL ACTION NO.: 08CV2933

Bobby R. Burchfield, Esq.
Richard W. Smith, Esq.
Matthew Leland, Esq.
McDermott, Will & Emery
600 Thirteenth Street, N.W.
Washington, D.C. 20005
bburchfield@mwe.com
rwsmith@mwe.com
mleland@mwe.com
*Attorneys for Madison Square Garden, L.P.*

Richard Fama, Esq.
Cozen O'Connor
45 Broadway
New York, NY 10006
rfama@cozen.com
*Attorneys for Madison Square Garden, L.P.*

Michael J. Palma, Esq.
Nowell Amoroso Klein Bierman
155 Polifly Rd.
Hackensack, NJ 07601
mpalma@nakblaw.com
*Attorneys for Stitch Bar & Lounge Inc.*

Carl Sandel, Esq.
Mariana Brancoveanu
Morris, Duffy, Alonso & Faley
2 Rector Street, 22nd Floor
New York, NY 10006
csandel@mdafny.com
mbrancoveanu@mdafny.com
*Attorneys for Kevin Freibott & Progressive Insurance*

Stephanie A. Nashban, Esq.
Lewis, Brisbois, Bisgaard & Smith LLP
199 Water Street, 25th Floor
New York, New York 10038
nashban@lbbslaw.com
*Attorneys for AIG (PIP subrogation)*

Mitchell R. Friedman, Esq.
347 Mt. Pleasant Avenue
West Orange, NJ 07052
mrf-law@speakeasy.net
*Attorneys for High Point (PIP subrogation)*