LAW OFFICES OF

# DAVIS, SAPERSTEIN & SALOMON, P.C.

SAMUEL L. DAVIS•○†
MARC C. SAPERSTEIN•○
GARRY R. SALOMON•†
STEVEN BENVENISTI•■†
PAUL A. GARFIELD•■†

LUIS L. HAQUIA••○†
TERRENCE SMITH••■
STEVEN H. COHEN••○
PATRICIA Z. BOGUSLAWSKI•
ADAM LEDERMAN••○
KRISTINA C. IVTINDZIOSKI••◆
RAYMOND S. CARROLL••○
ANGELA CERVELLI BENNETT•

375 CEDAR LANE
TEANECK, NJ 07666-3433

FACSIMILE (201) 692-0444

Email: lawinfo@dsslaw.com

(201) 907-5000

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

44 WALL STREET, 18TH FLOOR
NEW YORK, NY 10005
(212) 608-1917

CERTIFIED CIVIL TRIAL ATTY †
PENNSYLVANIA BAR ■
CONNECTICUT BAR ◆
NEW JERSEY BAR •
NEW YORK BAR ○
GEORGIA BAR □
D C BAR ○

OF COUNSEL

RACHAEL NASS•○

March 24, 2010

**MEMO ENDORSED**

REPLY TO TEANECK

The Honorable Lawrence J. McKenna
United State District Court
Southern District of New York
500 Pearl Street, Chambers 1640
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2010

RE:   Carlos Zelaya, et als v. Madison Square Garden, et als
      Case No. 08CV2933

Dear Judge McKenna:

I write to request that my name be removed as counsel for Plaintiffs in this case. I am not actively involved in this case in any capacity. Samuel L. Davis and Terrence Smith of Davis, Saperstein & Salomon, P.C. remain as counsel of record for Plaintiffs. Accordingly, I request the Court's permission to withdraw pursuant to Local Rule 1.4 and to be removed from the ECF counsel list.

Respectfully submitted,
DAVIS, SAPERSTEIN & SALOMON, P.C.

Luis L. Haquia
For the Firm

So Ordered:

_____/s/ M._____ 3/31/10
Hon. Lawrence M. McKenna
United States District Court

RECEIVED
IN CHAMBERS

MAR 2 9 2010

LAWRENCE M. McKENNA
USDJ    SDNY

NEW JERSEY • NEW YORK