Paul S. Grosswald
140 Prospect Avenue, Apt 8S
Hackensack, NJ 07601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2010

**MEMO ENDORSED**

March 25, 2010

The Honorable Lawrence J. McKenna
United State District Court
Southern District of New York
500 Pearl Street, Chambers 1640
New York, NY 10007

    RE:    Carlos Zelaya, et als v. Madison Square Garden, et als
              Case No. 08CV2933

Dear Judge McKenna:

    I write to request that my name be removed as counsel for Plaintiffs in this case. I am no longer affiliated with the law firm Davis, Saperstein & Salomon, P.C.. Accordingly, I should no longer receive ECF notifications or copies of filings in this case.

    Samuel L. Davis and Terrence Smith of Davis, Saperstein & Salomon, P.C. remain as counsel of record for Plaintiffs.

Respectfully submitted,

*[signature]*

Paul Grosswald

So Ordered:

*[signature]* 4/8/10

Hon. Lawrence M. McKenna
United States District Court