LAW OFFICES OF
# DAVIS, SAPERSTEIN & SALOMON, P.C.

SAMUEL L. DAVIS•ot
MARC C. SAPERSTEIN•o◇
GARRY R. SALOMON•t
STEVEN BENVENISTI•■t
PAUL A. GARFIELD••■t

LUIS L. HAQUIA•○t
TERRENCE SMITH•■
STEVEN H. COHEN•○
PATRICIA Z. BOGUSLAWSKI•
ADAM LEDERMAN•○
KRISTINA C. IVTINDZIOSKI•◆
RAYMOND S. CARROLL•○
ANGELA CERVELLI BENNETT•

375 CEDAR LANE
TEANECK, NJ 07666-3433
FACSIMILE: (201) 692-0444
Email: lawinfo@dsslaw.com
(201) 907-5000

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

44 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(212) 608-1917

CERTIFIED CIVIL TRIAL ATTY t
PENNSYLVANIA BAR ■
CONNECTICUT BAR ◆
NEW JERSEY BAR •
NEW YORK BAR ○
GEORGIA BAR ◇
D C BAR ◻

OF COUNSEL
RACHAEL NASS•○

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 5/24/2010**

**MEMO ENDORSED**

May 19, 2010

RECEIVED
IN CHAMBERS
MAY 2 0 2010
LAWRENCE M. McKENNA
USDJ    SDNY

REPLY TO TEANECK

By Lawyer Service
The Honorable Lawrence J. McKenna
United State District Court
Southern District of New York
500 Pearl Street, Chambers 1640
New York, NY 10007

      RE:   *Carlos Zelaya, et als v. Madison Square Garden, et als*
             Case No. 08-cv-2933

Dear Judge McKenna:

    I am writing to request the court's permission to file the attached Second Amended Complaint in this matter. This pleading substitutes Carlos Zelaya, Administrator Ad Prosequendum of the Estate of Ruth Zelaya, for the decedent, Mrs. Zelaya, and adds a cause of action for damages pursuant to both New York and New Jersey Wrongful Death Acts.

    The Defendant Madison Square Garden has entered an informal objection the the new cause of action. Filing of the Second Amended Complaint will presumably allow Defendant to file a formal motion.

    Thank you for your consideration

                              Respectfully submitted,
                              DAVIS, SAPERSTEIN & SALOMON, P.C.

                              Terrence Smith
                              For the Firm

Cc: All counsel on attached list
enclosure

*[Handwritten endorsement:]* Plaintiff is to file a formal motion for leave to amend. So ordered. /s/ LMM 5/24/10

NEW JERSEY • NEW YORK