IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ZELAYA, RUTH ZELAYA, BY HER GUARDIAN AD LITEM CARLOS ZELAYA, AND CARLOS ZELAYA AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JOSE CARLO ZELAYA : | Civil Action |
| : | Case No. 08CV2933 (AJP)(LMM) |
| Plaintiffs : vs. : | |
| MADISON SQUARE GARDEN, L.P., 247 W. 37TH STREET LLC LLC I/S/H/A STITCH : BAR & LOUNGE INC., AND KEVIN FREIBOTT : | |
| Defendants : | |

## PLAINTIFF'S MOTION TO FILE AND SERVE A SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff hereby moves this Court at the United States Courthouse at 500 Pearl Street, New York, New York, for an Order authorizing Plaintiff to file and serve a Second Amended Complaint to substitute Carlos Zelaya, Administrator Ad Prosequendum of the Estate of Ruth Zelaya in place of ruth Zelaya, and to add a cause of action for survivorship on behalf of the Estate of Ruth Zelaya.

Plaintiffs rely on the grounds stated in the accompanying Declaration and Memorandum of Law in Support of Plaintiff's motion to file and serve a Second Amended Complaint.

Dated: New York, New York
       June 15, 2010

                              Respectfully submitted,

                              DAVIS, SAPERSTEIN & SALOMON, P.C.
                              Attorneys for Plaintiffs
                              375 Cedar Lane
                              Teaneck, NJ 07666
                              (201)907-5000

                              BY: _____
                                   Terrence Smith