UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ZELAYA, RUTH ZELAYA by her Guardian Ad Litem, Carlos Zelaya, and CARLOS ZELAYA, as the Administrator Ad Prosequendum of the Estate of JOSE CARLO ZELAYA, deceased<br><br>Plaintiffs,<br><br>v.<br><br>MADISON SQUARE GARDEN, L.P. CABLEVISION SYSTEMS CORPORATION, STITCH BAR & LOUNGE, INC. AND KEVIN FREIBOTT<br><br>Defendants. | Case No.: 08 CV 2933<br><br>**NOTICE OF APPEARANCE OF ALEXANDER J. DRAGO, ESQ.** |

I, Alexander J. Drago, Esq., being an attorney-at-law of the State of New York and admitted to the bar of the Southern District of the State of New York, hereby formally enters his appearance of record in this matter on behalf of the defendant 247 West 37th Street, LLC i/s/h/a Stitch Bar & Lounge, Inc., and to be bound accordingly.  Notices and papers may be mailed and/or served upon me on behalf of the defendant 247 West 37th Street, LLC i/s/h/a Stitch Bar & Lounge, Inc., at the following address:

Alexander J. Drago, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:  (201) 343-5001
Fax: (201) 343-5181
E-mail: adrago@nakblaw.com

**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
Attorneys for Defendant 247 West 37th Street, LLC i/s/h/a Stitch Bar & Lounge, Inc.

By: /s/ Alexander J. Drago
Alexander J. Drago, Esq.

Dated:  July 21, 2010