UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
CARLOS ZELAYA, et al.,                :
            Plaintiffs,             :
   -against-                         :
MADISON SQUARE GARDEN, L.P., et al., :
           Defendants.             :
------------------------------------ X

INDEX NO. 08 Civ. 2933 (LMM)

**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2010

## [PROPOSED] ORDER STAYING FURTHER PROCEEDINGS

Upon the Joint Motion for Stay filed by Plaintiffs and Defendant Madison Square Garden, L.P., IT IS HEREBY ORDERED that all proceedings in this action are STAYED as to Plaintiffs and Defendant Madison Square Garden, L.P., unless and until either party notifies the Court that their mediation efforts are no longer progressing and that the stay should be lifted.

SO ORDERED this **27** day of **SEPTEMBER**, 2010.

_____
Judge Lawrence M. McKenna
United States District Court