LAW OFFICES OF
# DAVIS, SAPERSTEIN & SALOMON, P.C.

375 CEDAR LANE
TEANECK, NJ 07666-3433
FACSIMILE: (201) 692-0444
Email: lawinfo@dsslaw.com
(201) 907-5000

SAMUEL L. DAVIS•◊†
MARC C. SAPERSTEIN•◊
GARRY R. SALOMON•†
STEVEN BENVENISTI••†
PAUL A. GARFIELD••†

LUIS L. HAGGIA•†
TERRENCE SMITH••
STEVEN H. COHEN•◊
PATRICIA Z. BOGUSLAWSKI•
ADAM LEDERMAN•◊
RAYMOND S. CARROLL••
ANGELA CERVELLI BENNETT•

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

39 BROADWAY, SUITE 520
NEW YORK, NY 10006
(212) 608-1917

Certified Civil Trial Atty. †
Passaic County Bar •
Cumberland Bar •
New Jersey Bar •
New York Bar •
Georgia Bar •
D.C. Bar •
OF COUNSEL
RACHAEL NASS•◊
KEVIN DECHE•

**MEMO ENDORSED**

March 4, 2011

RECEIVED IN CHAMBERS
MAR - 4 2011
LAWRENCE M. McKENNA
USDJ    SDNY

REPLY TO TEANECK

By Facsimile 212-805-7919
The Honorable Lawrence M. McKenna, JDC
United State District Court
500 Pearl Street, Chambers 1640
New York, NY 10007

RE: *Carlos Zelaya, et als v. Madison Square Garden, et als*
Case No. 08-cv-2933

Dear Judge McKenna:

Local rules require that documents filed under seal must be accompanied by a copy of an authorizing letter or order. As you may recall at our conference on February 16, 2011, the Plaintiff and Madison Square Garden requested, and you consented, to the filing of Plaintiff's petition to approve settlement under seal. Certain of the information to be presented is the subject of confidentiality agreements negotiated by the parties.

I therefore respectfully request that you endorse this letter so that it can accompany filing of relevant sealed documents.

Granted. So
ordered.
_L.M.M._
(sd) 3/4/11

Respectfully submitted,

DAVIS, SAPERSTEIN & SALOMON, P.C.

_____
Terrence Smith
For the Firm

Cc: Richard W. Smith [by facsimile]
Alexander Drago [by facsimile]
Carl Sandel [by facsimile]
Mitchell Friedman [by facsimile]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2011

NEW JERSEY • NEW YORK