# NOWELL AMOROSO KLEIN BIERMAN, P.A.
COUNSELLORS AT LAW

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: info@nakblaw.com

New York Office
PMB 46028
5 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD◊
THOMAS C. MARTIN†

JOSEPH S. SHERMAN
ALEXANDER J. DRAGO *
  COUNSEL

GREGORY K. ASADURIAN
ROMAL D. BULLOCK
ANTHONY J. MARCHESE*
LISA J. JURICK
MICHELLE E. RADIN*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
JOHN G. DESAI
OF COUNSEL

Also Admitted in NY
Also Admitted in the
  Federal Courts in NY
◊ Also Admitted in PA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/01/2011

MEMO ENDORSED

March 30, 2011

*Via Federal Express*

Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, NY 10007-1312

RECEIVED
IN CHAMBERS
APR - 1 2011
LAWRENCE M. McKENNA
USDJ    SDNY

    RE:    **Carlos Zelaya, and Carlos Zelaya as Administrator Ad Prosequendum of the Estate of Ruth Zelaya and of Jose Carlo Zelaya v. Madison Square Garden, L.P., 247 W. 37th Street LLC i/s/h/a Stitch Bar & Lounge, Inc. And Kevin Freibott**
          **Index No.: 08 CV 2933**
          **Our File No.: 3900.95.09**

Dear Judge McKenna:

As you are aware, I represent defendant Stitch Bar in the above captioned matter. Currently the Pre-Trial Order is due April 21, 2011.

We have been contacted by Magistrate Peck's chambers to conduct a settlement conference which is scheduled for April 18, 2011 at 2:00 p.m.

I respectfully request that the due date for the Pre-Trial Order be adjourned to a date after April 21, 2011 in order to conserve time and costs relating to the preparation of the Pre-Trial Order which may become moot if settlement is achieved.

My suggestion would be that once the settlement conference is concluded, I would send chambers a letter advising of the outcome of the conference and depending upon what we achieve, the Court can then set a new date for the Pre-Trial Order.

*Approved & so ordered.*
*[signature] M.M.*
*LMM    4/1/11*

Honorable Lawrence M. McKenna
March 30, 2011
Page 2

      I await your direction and guidance.

                      Respectfully submitted,

                      **NOWELL AMOROSO KLEIN BIERMAN, P.A.**

                      Alexander J. Drago

AJD:hs
cc:    Samuel L. Davis, Esq. (via facsimile)
        Mariana Brancoveanu, Esq. (via facsimile)
        Mitchell R. Friedman, Esq. (via facsimile)