*McKenna, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CARLOS ZELAYA, et al.,

        Plaintiffs,

   -against-

MADISON SQUARE GARDEN, L.P., et al.,

        Defendants.
------------------------------------- X

|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 4/14/2011 | |

INDEX NO. 08cv2933 (LMM)

**ECF CASE**

### + ORDER
### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MADISON SQUARE GARDEN L.P.

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED that the above-captioned action in difference between the Plaintiffs Carlos Zelaya, et al., and Defendant Madison Square Garden, L.P. is hereby dismissed <u>with prejudice</u>.

The parties are to bear their own costs and attorney's fees.

Dated: November 23, 2010

_____
Samuel L. Davis
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666
T: 201.907.5000
F: 201.692.0044
sam@dsslaw.com

*Attorney for Plaintiffs*

_____
Nathanael S. Kelley
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
T: 212.547.5000
F: 212.547.5444
nkelley@mwe.com

Bobby R. Burchfield (*pro hac vice*)
Richard W. Smith (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, DC 20005-3096
T: 202.756.8000
F: 202.756.8087

*Attorneys for Defendant
Madison Square Garden, L.P.*

SO ORDERED.

_____ 4/14/11
U.S.D.J.

WDC99 1935803-1.082528.0011