LAW OFFICES OF
# DAVIS, SAPERSTEIN & SALOMON, P.C.

SAMUEL L. DAVIS●○†
MARC C. SAPERSTEIN●●○
GARRY R. SALOMON●†
STEVEN BENVENISTI●■†
PAUL A. GARFIELD●■†

LUIS L. HAQUIA●●†
TERRENCE SMITH●■
STEVEN H. COHEN●○
PATRICIA Z. BOGUSLAWSKI●
ADAM LEDERMAN●○
RAYMOND S. CARROLL●○
ANGELA CERVELLI BENNETT●
KRISHNA J. SHAH●○

375 CEDAR LANE
TEANECK, NJ 07666-3433
FACSIMILE: (201) 692-0444
Email: lawinfo@dsslaw.com
(201) 907-5000

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

39 BROADWAY, SUITE 520
NEW YORK, NY 10006
(212) 608-1917

CERTIFIED CIVIL TRIAL ATTY †
PENNSYLVANIA BAR ■
NEW JERSEY BAR ●
NEW YORK BAR ○
GEORGIA BAR ○
D.C. BAR ○

OF COUNSEL

RACHAEL NASS●○
KEVIN DECIE●
BENNETT J. WASSERMAN●○■†

April 29, 2011

By CM/ECF

REPLY TO TEANECK

The Honorable Lawrence J. McKenna
United State District Court
Southern District of New York
500 Pearl Street, Chambers 1640
New York, NY 10007

    RE:   *Carlos Zelaya, etc. v. Stitch Bar & Lounge, et als*
            Case No. 08-cv-2933

Dear Judge McKenna:

    This firm represents the Plaintiff Carlos Zelaya in this case. I am writing to confirm your agreement to hold the pre-trial conference on Friday, June 24, 2011, with the Proposed Joint Pre-trial Order due on Tuesday, June 21.

    The Pre-trial Order will propose October 24, 2011 as the trial date. I understand that this date will be re-considered at the conference.

    All remaining parties have agreed to these dates. We await your direction as to the time of the conference.

                                                Respectfully submitted,

                                                Terrence Smith
                                                For the firm

Cc: Alexander Drago, Carl Sandel, Mitchell Friedman, Samuel Davis [by ECF and email]